IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RICHARD MOORE                                                              PLAINTIFF

v.                                                                  No. 3:18CV235-NBB-RP

ATTORNEY GENERAL JIM HOOD, ET AL.                                         DEFENDANTS

## ORDER DIRECTING PLAINTIFF TO COMPLETE AND
## RETURN THE ENCLOSED FORM COMPLAINT

This matter comes before the court after the plaintiff responded to the court's show-cause order. Mr. Moore's complaint was substantially blank, and the court ordered him to show cause why the case should not be dismissed for that reason. Mr. Moore responded to the show cause order and alleged that he had sent the court both the form complaint and a separate document. The court did not, however, receive the second document. As such, the plaintiff is **ORDERED** to complete and return the form 42 U.S.C. § 1983 complaint within 21 days of the date of this order. Failure to do so in a timely manner will result in the dismissal of this case under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 11th day of February, 2019.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE